1024

[No. 74708-8-I. Division One. June 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LLOYD KIRK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00319-8, Bill Bowman, J., entered January 22, 2016. *Affirmed* by unpublished opinion per Mann, J., concurred in by Dwyer and Leach, JJ.

[No. 74718-5-I. Division One. June 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH SCOT GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-01989-3, Michael T. Downes, J., entered February 10, 2016. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Trickey, J.

[No. 74823-8-I. Division One. June 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW DAVID HUTTUNEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-02165-1, Ellen J. Fair, J., entered February 2, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Mann, JJ.

[No. 74853-0-I. Division One. June 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEELAND HALE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00669-8, Brian D. Gain, J., entered February 5, 2016. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Dwyer, J.